**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-30236 |
| Plaintiff-Appellee, | D.C. No. 2:18-cr-00062-WFN-1 |
| v. | |
| WILLIAM MARTIN SHAWL, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Wm. Fremming Nielsen, District Judge, Presiding

Submitted June 11, 2019**

Before:     CANBY, GRABER, and MURGUIA, Circuit Judges.

William Martin Shawl appeals from the district court's judgment and challenges the 36-month sentence imposed following his guilty-plea conviction for escape from custody, in violation of 18 U.S.C. §§ 751(a) and 4082(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Shawl contends that the sentence is substantively unreasonable in light of the mitigating factors, including his difficult upbringing, the recent deaths in his family, and the non-serious nature of the offense. The district court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The record reflects that the court considered Shawl's arguments but concluded that an above-Guidelines sentence was warranted. The sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Shawl's significant criminal history and the need to protect the public. *See Gall*, 552 U.S. at 51; *United States v. Gutierrez-Sanchez*, 587 F.3d 904, 908 (9th Cir. 2009) ("The weight to be given the various factors in a particular case is for the discretion of the district court.").

**AFFIRMED.**